# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D23-1051
Lower Tribunal No. 20-CA-006229

_____

DANIELLE FORREY,

Appellant,

v.

MARLIN CONSTRUCTION GROUP, LLC,

Appellee.

_____

Appeal from the Circuit Court for Lee County.
Keith R. Kyle, Judge.

May 24, 2024

MIZE, J.

Appellant, Danielle Forrey, appeals the trial court's order denying her motion for summary judgment and the trial court's order granting the motion for summary judgment filed by Appellee, Marlin Construction Group, LLC.[1] Based on our recent decision in *Marlin Construction Group, LLC v. Kris Bollinger*, No. 6D-23-810, 2024 WL 1432150 (Fla. 6th DCA April 3, 2024), we reverse the trial court's order

---

[1] This case was transferred from the Second District Court of Appeal to this Court on January 1, 2023.

granting the motion for summary judgment filed by Appellee and remand this case to the trial court with instructions to conduct further proceedings consistent with our opinion in *Marlin Construction Group, LLC v. Bollinger*.

The trial court's order denying Appellant's motion for summary judgment was a non-final order. Although we are authorized to review that order, we decline to do so. *See Murphy White Dairy, Inc. v. Simmons*, 405 So. 2d 298, 300 (Fla. 4th DCA 1981). This decision is without prejudice to the trial court reconsidering that order on remand if it deems it appropriate to do so. *See Silvestrone v. Edell*, 721 So. 2d 1173, 1175 (Fla. 1998) ("[T]he trial court retains inherent authority to reconsider and, if deemed appropriate, alter or retract any of its nonfinal rulings prior to entry of the final judgment or order terminating an action.").

REVERSED and REMANDED with instructions.

NARDELLA and WHITE, JJ., concur.

Celene H. Humphries, of Celene Humphries, PLLC., Spring City, Tennessee, for Appellant.

Scott J. Hertz and Jack C. Morgan, of Aloia Roland Lubell & Morgan, PLLC, Fort Meyers, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED